```
MITZI ANN POWELL              SIGNATURE FCU
P.O. BOX 176                  12 HERBERT ST
SEMINARY, MS 39479            ALEXANDRIA, VA 22305



THOMAS C. ROLLINS, JR.        SUSAN K. STEADMAN
THE ROLLINS LAW FIRM, PLLC    ATTORNEY AT LAW
P.O. BOX 13767                P.O. BOX 455
JACKSON, MS 39236             HATTIESBURG, MS 39403-0455



CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130



CITIZENS BANK
625 US 98
COLUMBIA, MS 39429



DILLARDS/CBNA
PO BOX 6497
SIOUX FALLS, SD 57117



FINGERHUT
ATTN: BANKRUPTCY
6250 RIDGEWOOD ROAD
SAINT CLOUD, MN 56303



FORREST GENERAL
PO BOX 16389
HATTIESBURG, MS 39404



KEESLER FCU
ATTN: BANKRUPTCY
P.O. BOX 7001
BILOXI, MS 39531



KEESLER FCU
ATTN: BANKRUPTCY
P.O. BOX 7001
BILOXI, MS 39534
```