Certificate Number: 17082-MSS-DE-040198090

Bankruptcy Case Number: 25-51386



17082-MSS-DE-040198090

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 14, 2025, at 12:38 o'clock PM MST, MITZI A POWELL completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  October 14, 2025         By:   /s/Orsolya K Lazar

                                Name: Orsolya K Lazar

                                Title: Executive Director